IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD GROSS,

        Plaintiff,

        v.

PROGRESSIVE CASUALTY
INSURANCE COMPANY,

        Defendant.
_____

Civ. No. 1:17-cv-00828-AA

JUDGMENT

    Pursuant to the Stipulation for Dismissal, it is ordered that this action is hereby dismissed with prejudice and without costs or fees to either party.

    DATED: 2/23/2018

                              Mary L. Moran, Clerk

                            By    /s/ Cathy Kramer
                                    Deputy Clerk

1 –JUDGMENT